1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6
7

| | |
|---|---|
| **MANDAY MARIE FIRAT,** | CASE NO. 1:13-CV-1937 AWI GSA |
| **Plaintiff,** | ORDER VACATING FEBRUARY 3, 2014 HEARING DATE |
| **v.** | |
| **ATC ASSESSMENT COOECTION GROUP,** | (Docs. 4, 10) |
| **Defendants,** | |

    Defendant has filed a motion for summary judgment, and Defendant's motion has been set for hearing on February 3, 2014. Plaintiff filed an opposition on January 6, 2014. On January 27, 2014, the final day upon which Defendant's reply would have been timely, Defendant filed an ex parte application to continue the motion for summary judgment's hearing date continued until February 24, 2014. Plaintiff has opposed this continuance.

    The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Accordingly, no hearing on the matter is necessary and the application to continue the hearing regarding Defendant's motion to dismiss is rendered moot.

    Therefore, IT IS HEREBY ORDERED that:

1.    The previously set hearing date of February 3, 2014, is VACATED, and the parties shall not appear at that time.

As of February 3, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: __January 31, 2014__         _____
                                    SENIOR DISTRICT JUDGE