UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDAY MARIE FIRAT,<br><br>    Plaintiff,<br><br>v.<br><br>ATC ASSESSMENT COOECTION GROUP,<br><br>    Defendants, | CASE NO. 1:13-CV-1937 AWI GSA<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE<br><br>ORDER SETTING A BRIEFING SECHULE FOR FURTHER BRIEFING |

Defendant has filed a motion for summary judgment, and Defendant's motion had been set for hearing on February 3, 2014.   On January 27, 2014, Defendant filed an ex parte application to continue the summary judgment motion's hearing date until February 24, 2014.  Plaintiff opposed this continuance.   The Court took the pending motion to continue under submission.

The Court has reviewed the parties' briefs.   The delay Defendant seeks is limited.   Given the undersigned's pending case load,[1] a ruling on the summary judgment motion will not be immediate and some delay is inevitable.  Thus, the Court will grant Defendant's motion.

---

[1]  Out of fairness, the Court believes it is necessary to forewarn litigants that the Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation.   While the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired.   The law requires the Court give criminal cases priority over civil trials and other matters.
    The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.

The Court ORDERS that:

1. Defendant's motion to continue the motion for summary judgment is GRANTED;
2. The motion for summary judgment SHALL BE HEARD on March 3, 2014;
3. Plaintiffs' opposition to the motion for summary judgment SHALL BE FILED by February 18, 2014;
4. Any reply may be filed by February 24, 2014.

IT IS SO ORDERED.

Dated:   February 4, 2014                         _____
                                                  SENIOR DISTRICT JUDGE