UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY MARIE FIRAT, <br><br>             Plaintiff, <br><br> v. <br><br> ATC ASSESSMENT COLLECTION GROUP, <br><br>             Defendants. | Case No: 1:13-cv-01937-AWI-GSA <br><br> ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE <br><br> HON. ANTHONY W. ISHII |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: __April 2, 2014__   _____

            SENIOR  DISTRICT  JUDGE